IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:09-CR-396 |
| v. | : | (Judge Caputo) |
| DERRICK DONCHAK | : | Electronically filed |

# **ATTORNEYS' PRE-TRIAL CONFERENCE REPORT**

AND NOW, this 28th day of December, 2009, comes William A. Fetterhoff, attorney for Derrick Donchak, and presents the following, pursuant to paragraph two of the Pre-Trial Order issued in this case on December 22, 2009:

During a telephone conference on December 28, 2009 undersigned counsel and Assistant United States Attorney Eric L. Gibson agreed upon all Rule 16 discovery issues of which the parties are presently aware.

*/s/ Willaim A. Fetterhoff*
William A. Fetterhoff, Esq.
Fetterhoff and Zilli
218 Pine Street
Harrisburg, PA 17101
wfetterhoff@live.com
Telephone: (717) 232-7722
FAX: (717) 233-4965
E-mail: wfetterhoff@live.com

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was electronically served on the individuals listed below.

Eric L. Gibson, Esq.
U.S. Department of Justice, Civil Rights Division
601 D. Street, NW
Patrick Henry Building
Suite 5536
Washington , DC 20004
202 353-7425
Email: eric.gibson2@usdoj.gov

Christian A. Fisanick, Esq.
U.S. Attorney's Office
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton , PA 18501-0309
570 348-2800
Fax: 348-2816
Email: chris.fisanick@usdoj.com

James A. Swetz, Esq.
Cramer, Swetz & McManus, P.C.
711 Sarah Street
Stroudsburg, PA 18360
570 421-5568
Fax.: 570 421-5720
E-mail: jaswetz@csmlawyer.com

Date: December 28, 2009

*/s/ Willaim A. Fetterhoff*
William A. Fetterhoff, Esq.
Fetterhoff and Zilli
218 Pine Street
Harrisburg, PA 17101
wfetterhoff@live.com
Telephone: (717) 232-7722
FAX: (717) 233-4965
E-mail: wfetterhoff@live.com