IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Criminal No. 3:09-CR-396 |
| --- | --- | --- |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| DERRICK DONCHAK | : | Electronically filed |

# PROPOSED VERDICT FORM

AND NOW, this 29th day of September, 2010, comes the Defendant, Derrick Donchak, by counsel, William A. Fetterhoff, and presents the following:

## COUNT ONE

## ASSAULT OF LUIS RAMIREZ BECAUSE OF HIS RACE AND BECAUSE HE WAS OCCUPYING A DWELLING IN SHENANDIOAH

## BRANDON PIEKARSKY

1. Did BRANDON PIEKARSKY commit an unlawful assault against Luis Ramirez?

    Yes ____          No _____

2. Did the death of Luis Ramirez result from an unlawful assault committed by BRANDON PIEKARSKY?

    Yes ____          No ____

3. If the jury finds that Luis Ramirez was subject to an unlawful assault by BRANDON PIEKARSKY does the jury also find that the assault was committed because of the race of Luis Ramirez?

Yes \_\_\_\_                    No \_\_\_\_

    4. If the jury finds that Luis Ramirez was subject to an unlawful assault by BRANDON PIEKARSKY and that the assault was committed by BRANDON PIEKARSKY because of the race of Luis Ramirez does the jury also find that the assault was committed by BRANDON PIEKARSKY because Luis Ramirez was occupying a dwelling in Shenandoah?

Yes \_\_\_\_                    No \_\_\_\_

    5. Does the jury find BRANDON PIEKARSKY guilty or not guilty on Count One?

Guilty \_\_\_\_                    Not Guilty \_\_\_\_

# COUNT ONE

# ASSAULT OF LUIS RAMIREZ BECAUSE OF HIS RACE AND BECAUSE HE WAS OCCUPYING A DWELLING IN SHENANDIOAH

# DERRICK DONCHAK

    1. Did DERRICK DONCHAK commit an unlawful assault against Luis Ramirez?

Yes \_\_\_\_                    No \_\_\_\_

    2. Did the death of Luis Ramirez result from an unlawful assault committed by DERRICK DONCHAK?

Yes \_\_\_\_                    No \_\_\_\_

    3. If the jury finds that Luis Ramirez was subject to an unlawful assault by DERRICK DONCHAK does the jury also find that the assault was also committed because of the race of Luis Ramirez?

Yes \_\_\_\_                    No \_\_\_\_

4. If the jury finds that Luis Ramirez was subject to an unlawful assault by DERRICK DONCHAK and that the assault was committed by DERRICK DONCHAK because of the race of Luis Ramirez does the jury also find that the assault was committed by DERRICK DONCHAK because Luis Ramirez was occupying a dwelling in Shenandoah?

    Yes \_\_\_\_                  No \_\_\_\_

5. Does the jury find DERRICK DONCHAK guilty or not guilty on Count One?

    Guilty \_\_\_\_                Not Guilty \_\_\_\_

## COUNT TWO
## CONSPIRACY TO FALSIFIY RECORDS IN FEDERAL INVESTIGATION
## DERRICK DONCHAK

1. Did DERRICK DONCHAK knowingly conspire with members of the Shenandoah Police Department and others to make false entries in official police reports?

    Yes \_\_\_\_                  No \_\_\_\_

2. If the jury finds that DERRICK DONCHAK did knowingly conspire with members of the Shenandoah Police Department and others to make false entries in official police reports, does the jury also find that DERRICK DONCHAK acted with the intent to impede, obstruct, or influence a Federal investigation?

    Yes \_\_\_\_                  No \_\_\_\_

3. Does the jury find DERRICK DONCHAK guilty or not guilty on Count Two?

    Guilty \_\_\_\_                Not Guilty \_\_\_\_

# COUNT THREE

# FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATION

# DERRICK DONCHAK

1. Did DERRICK DONCHAK knowingly aid and abet members of the Shenandoah Police Department and others to make false entries in official police reports?

  Yes \_\_\_\_          No \_\_\_\_

2. If the jury finds that DERRICK DONCHAK did knowingly aid and abet members of the Shenandoah Police Department to make false entries in official police reports, does the jury also find that DERRICK DONCHAK acted with the intent to impede, obstruct, or influence a Federal investigation?

  Yes \_\_\_\_          No \_\_\_\_

3. Does the jury find DERRICK DONCHAK guilty or not guilty on Count Three?

  Guilty \_\_\_\_          Not Guilty \_\_\_\_

# COUNT FOUR

# DESTRUCTION OR CONCEALMENT OF TANGIBLE OBJECT

# IN FEDERAL INVESTIGATION

# DERRICK DONCHAK

1. Did DERRICK DONCHAK knowingly conceal and/or cover up a tangible object, namely a pair of shoes?

  Yes \_\_\_\_          No \_\_\_\_

2. If the jury finds that DERRICK DONCHAK did knowingly conceal and/or cover up a tangible object, namely a pair of shoes, does the jury also find that DERRICK DONCHAK acted with the intent to impede, obstruct, or influence a Federal investigation?

Yes ____                                          No ____

3. Does the jury find DERRICK DONCHAK guilty or not guilty on Count Four?

Guilty ____                                       Not Guilty ____

September 29, 2010                                Respectfully submitted,

*/s/ Willaim A. Fetterhoff*
William A. Fetterhoff, Esq.
Fetterhoff and Zilli
218 Pine Street
Harrisburg, PA 17101
wfetterhoff@live.com
Telephone: (717) 232-7722
FAX: (717) 233-4965
E-mail:wfetterhoff@live.co

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing document was electronically served on the individuals listed below.

Gerard V. Hogan, Esq.
U.S. Department of Justice, Civil Rights Division
601 D. Street, NW
Patrick Henry Building
Suite 5536
Washington , DC 20004
202 353-7425
Email: gerard.v.hogan@usdoj.gov

Eric L. Gibson, Esq.
U.S. Department of Justice, Civil Rights Division
601 D. Street, NW
Patrick Henry Building
Suite 5536
Washington , DC 20004
202 353-7425
Email: eric.gibson2@usdoj.gov

Christian A. Fisanick, Esq.
U.S. Attorney's Office
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton , PA 18501-0309
570 348-2800
Fax: 348-2816
Email: chris.fisanick@usdoj.com

James A. Swetz, Esq.
Cramer, Swetz & McManus, P.C.
711 Sarah Street
Stroudsburg, PA 18360
570 421-5568
Fax.: 570 421-5720
E-mail: jaswetz@csmlawyer.com

September 29, 2010                              */s/ Willaim A. Fetterhoff*
                                                William A. Fetterhoff, Esq.
                                                Fetterhoff and Zilli
                                                218 Pine Street
                                                Harrisburg, PA 17101
                                                wfetterhoff@live.com
                                                Telephone: (717) 232-7722
                                                FAX: (717) 233-4965
                                                E-mail: wfetterhoff@live.com