IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09-CR-396

Derrick Donchak

Defendant.

## Jury Verdict Form

All questions asked in this jury verdict form are to be determined by unanimous jury vote.

    1. Count One (1): With respect to the charge in Count One (1) of the Indictment, 42 U.S.C. § 3631 and 18 U.S.C. § 2.

    We, the jury find defendant **DERRICK DONCHAK**:

    Guilty __X__

    Not Guilty _____

    **Instructions:** Should you have found the defendant Guilty of the offense charged in Count One (1), you are required to answer 1(a).

    1(a). With regard to Count One (1) of the Indictment, We, the jury, find that the death of **Luis Ramirez**:

    Was __X__

    Was Not _____

    Proximately, naturally, and foreseeably caused by the acts that violated 42 U.S.C. § 3631 and 18 U.S.C. § 2.

    2. Count Two (2): With respect to the charge in Count Two (2) of the Indictment, 18 U.S.C. § 371.

We, the jury find defendant DERRICK DONCHAK:

Guilty  X

Not Guilty _____

3. Count Three (3): With respect to the charge in Count Three (3) of the Indictment, Falsification of Records in Federal Investigations and Aiding and Abetting, 18 U.S.C. §§ 1519 and 2.

We, the jury find defendant DERRICK DONCHAK:

Guilty  X

Not Guilty _____

In Scranton, Pennsylvania, this 14 day of October 2010.

10/14/2010 4:55pm
Date and Time